*Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed on the opinion of Judge WALSH of the court below.

## Commonwealth *v.* Shindler, Appellant.

Submitted December 6, 1971. *Thomas S. McCready,* Public Defender, for appellant; *James A. Wimmer,* Assistant District Attorney, and *John Deutsch,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted December 6, 1971. *LeRoy Smith,* appellant, in propria persona; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted December 13, 1971. *Robert J. Johnson,* Assistant Public Defender, for appellant; *Wardell F. Steigerwalt,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted November 13, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Toledo, Appellant.

Argued December 7, 1971. *David Weinstein,* with him *Weinstein & Bobrin,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.